1

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12    STAR INSURANCE COMPANY, a     )    CASE NO. CV12-02764 JAK (JEMx)
      Michigan Corporation,                     )

13                                      )    Honorable John A. Kronstadt

14                   Plaintiff,        )
                                     )    **JUDGMENT**

15       vs.                           )

16    WALTER JOHNSON FAMILY TRUST, a )    **JS-6**
      Trust Organized under the Laws of Arizona, )

17    WILLIAM D. JOHNSON, as Successor    )
      Trustee of the Estate of Walter L. Johnson, )

18    Deceased, JOHN L. NUCKOLLS II,     )
      JUSTIN NUCKOLLS and JAMIE       )

19    NUCKOLLS, Administrators of the Estate  )

20    of John Leslie Nuckolls, Deceased, OLD  )
      WEST RANCH PROPERTY OWNERS,    )

21    TIMOTHY SHIREY, an individual, JOHN )

22    JONES, an individual, KASSANDRA     )
      MCQUILLEN, an individual, GREG      )

23    REIHMAN, an individual, GEORGE     )

24    WEBB, an individual, EILEEN WEBB, an )
      individual, EDWARD THOMPSON, an   )

25    individual, KIMBERLY SELLERS, an    )

26    individual, BRENT SCHEIBEL, an      )
      individual, DONNA MCGRAPH, an     )

27

28    individual, MICHAEL MARTIN, an     )

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1

individual, WILLIAM HAZEN, an )
individual, JEFF MORRIS, an individual, )
TERESA REIHMAN, an individual, )
MERLE CARNES, an individual, JANET )
NELSON, an individual, DAVID DENT, an )
individual, VIVIAN DENT, an individual, )
WAYNE BUTCHKO, an individual, )
CAROLYN L'HEUREUX, an individual, )
LEONARD CEDENBURG, an individual, )
BARBARA CENDENBURG, an individual, )
CORY KENNEDY, an individual, CINDY )
KENNEDY, an individual, GEORGE )
PLESKO, an individual, ROBERT )
THOMPSON, an individual and STATE )
FARM INSURANCE COMPANY. )
        )
            Defendants. )
        )
_____)
        )
AND RELATED CROSS-ACTIONS )
        )
_____)

The parties to this action seek judgment as to the following pleadings in this
action as follows:

    1.    **Second Amended Complaint filed by Plaintiff Star Insurance**

        **Company**:

Plaintiff and Counter-defendant Star Insurance Company's Motion for Partial
Summary Judgment on its Second Amended Complaint ("Motion") came on for
hearing before the Court on July 22, 2013, the Honorable John A. Kronstadt, United
States District Court Judge, presiding.  The evidence presented having been fully
considered, counsel for Star, counsel for Defendant William D. Johnson as Successor
Trustee for the Walter Johnson Family Trust ("the Trust"), and Defendants Kimberly
Sellers and Edward Thompson ("Sellers/Thompson") having presented oral argument
to the Court, the Court having duly heard and considered the issues, and a decision

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1    having been duly rendered granting the Motion, the Court NOW ORDERS

2    JUDGMENT ENTERED PURSUANT TO Rule 54(b) as follows:

3        WHEREAS, the granting of Star's Motion as set forth in this Court's order of

4    August 1, 2013 resulted in a declaratory judgment that the Trust failed to establish

5    compliance with the Pilot Warranty Endorsement contained in the subject policy

6    issued by Star to the Trust ("Policy"), so that the Court found no coverage exists

7    under the Policy for the subject accident of September 4, 2011;

8        WHEREAS, Star's Motion requested dismissal of its Second Amended

9    Complaint against all defendants and dismissal of the Counterclaims brought against it

10   by the Trust and Sellers/Thompson;

11       WHEREAS, the Trust brought a cross-motion for summary judgment pursuant

12   to Federal Rule of Civil Procedure 56(f), as set forth in the Trust's Opposition to

13   Star's Motion, which cross-motion the Court denied;

14       WHEREAS, Sellers/Thompson brought a cross-motion for summary judgment

15   pursuant to Federal Rule of Civil Procedure 56(f), as set forth in their Opposition to

16   Star's Motion, which did not include a Rule 56(d) affidavit, and which cross-motion

17   the Court denied;

18       WHEREAS the Court ordered Star's Second Amended Complaint dismissed as

19   to all defendants on September 3, 2013 and deemed Star to be the prevailing party;

20       WHEREAS, Star's Interpleader Bond was canceled and withdrawn.

21       NOW THEREFORE, and consistent with this Court's Order dated September 3,

22   2013, it is hereby **ADJUDGED** that judgment is hereby entered in favor of Star

23   Insurance Company and its Second Amended Complaint is dismissed in its entirety as

24   against all defendants named therein.  Defendants therein are to take nothing from Star

25   Insurance Company.

26

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2.   **<u>Counterclaim by William D. Johnson, as Successor Trustee of the Walter Johnson Family Trust, against Star Insurance Company</u>**:

WHEREAS, the Trust's Counterclaim against Star was dismissed with prejudice by stipulation of the parties pursuant to this Court's Order of September 3, 2013;

It is further **ADJUDGED** that the Counterclaim against Star filed by counterclaimant the Trust is voluntarily dismissed with prejudice.  Counterclaimant therein is to take nothing.

3.   **<u>Counterclaim by Kimberly Sellers and Edward Thompson against Star Insurance Company</u>**:

WHEREAS, Sellers/Thompson's Counterclaim as to Star was dismissed with prejudice by stipulation of the parties pursuant to this Court's Order of September 3, 2013;

It is further **ADJUDGED** that the Counterclaim against Star Insurance Company filed by counterclaimants Kimberly Sellers and Edward Thompson is voluntarily dismissed with prejudice.  Counterclaimants therein are to take nothing.

4.   **<u>Third Party Complaint filed by William D. Johnson as Successor Trustee to the Walter Johnson Family Trust, against Falcon Insurance Agency of California, Inc.</u>**

WHEREAS, the Trust has dismissed its Third Party Complaint against Falcon Insurance Agency of California, Inc. ("Falcon") with prejudice via the Stipulation For Dismissal filed with this Court on January 3, 2014, and the Stipulation for Dismissal, states that the Trust and Falcon are to bear their own fees and costs,

It is further **ADJUDGED** that the Third Party Complaint brought by the Trust against Falcon is dismissed with prejudice.  Counterclaimants therein are to take nothing.

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5. **Counterclaim by Kimberly Sellers and Edward Thompson against William D. Johnson as Successor Trustee to the Walter Johnson Family Trust**

WHEREAS the Cross-Complaint filed by Sellers/Thompson against the Trust will be voluntarily dismissed with prejudice under the Stipulation For Entry of Judgment in favor of Edward Thompson and Kimberly Sellers Against the Walter Johnson Family Trust entered into between the Trust and Sellers/Thompson and pursuant to this Court's Order of March 25, 2014,

It is further **ADJUDGED** that the Cross-Complaint brought by Sellers/Thompson against the Trust is dismissed with prejudice and judgment is entered against the Walter Johnson Family Trust and in favor of Edward Thompson and Kimberly Sellers in the amount of $200,000.00.

6. **Third Party Complaint brought by William D. Johnson, as Successor Trustee to the Walter Johnson Family Trust, against Britt-Paulk Aviation Underwriters, a Division of Britt-Paulk Insurance Agency, Inc.**

WHEREAS the Third Party Complaint brought by the Trust against Britt-Paulk Aviation Underwriters a Division of Britt-Paulk Insurance Agency, Inc. ("Britt-Paulk") was dismissed with prejudice on March 4, 2013 pursuant to this Court's Order granting Britt-Paulk Aviation Underwriters' Motion to Dismiss dated January 29, 2013 and the subsequent voluntary dismissal of the Third Party Complaint against Britt-Paulk by the Trust,

///

///

///

It is further **ADJUDGED** that judgment is hereby entered in favor of Britt-Paulk Aviation Underwriters and the Trust's Third Party Complaint is dismissed in its entirety as against Britt-Paulk.

**IT IS SO ADJUDGED AND DECREED.**

Dated:  April 2, 2014

_____
JOHN A. KRONSTADT
United States District Judge

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071